MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, *v.* BARCA REALTY CORPORATION et al., Defendants, and CLARA R. GERKEN, Individually, Respondent.

Argued June 4, 1945; decided July 19, 1945.

*Vincent Keane, Joseph V. Lane, Jr.,* and *Louis W. Dawson* for appellant.

*Paul Windels* and *David B. Tolins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: LEHMAN, Ch. J., and THACHER, J.